CEATRICE THORPE v. JOHNS–MANVILLE
PRODUCTS CORPORATION.

September 16, 1980.

Petition for certification denied.

ANTHONY TARALLO v. SOL CHANELES.

September 16, 1980.

Petition for certification denied.

RAYMOND DURSKI v. SOL CHANELES.

September 16, 1980.

Petition for certification denied.

BURLINGTON ENVIRONMENTAL MANAGEMENT SERVICES,
INC. v. STATE OF NEW JERSEY, DEPARTMENT OF
ENVIRONMENTAL PROTECTION.

September 16, 1980.

Petition for certification denied.